RB:TK
F.#2010R01359

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LEAH DANIELS BUTLER,

    Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 19 2011 ★

BROOKLYN OFFICE

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 10-560 (S-3) (JG)
(T. 21, U.S.C., § 844(a);
T. 18, U.S.C., §§ 3551
et seq.)

THE UNITED STATES ATTORNEY CHARGES:

### POSSESSION OF MDMA

In or about 2010, within the Central District of California, the defendant LEAH DANIELS BUTLER, did knowingly, intentionally and unlawfully possess methylenedioxymethamphetamine (MDMA), also referred to as ecstasy, a Schedule I controlled substance.

(Title 21, United States Code, Section 844(a); Title 18, United States Code, Sections 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK